UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jagger Freeman,<br><br>               Plaintiff,<br><br>     -against-<br><br>Captain Bunch et al.,<br><br>               Defendants. | 25-CV-450 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to add the following parties as defendants: Julio Colon, Alexander Townes, George Turner, and Sean Medina. *See* Dkts. 12, 17; Fed. R. Civ. P. 21.

Counsel for defendants is directed to request a waiver of service electronically for the added defendants. Dkt. 12.

SO ORDERED.

Dated: January 23, 2026
      New York, New York

                                        ARUN SUBRAMANIAN
                                    United States District Judge