UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAGGER FREEMAN,

                              Plaintiff,

                    -against-

CAPTAIN BUNCH, et al.,

                              Defendants.

25-CV-0450 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff, who currently is incarcerated at Green Haven Correctional Facility, proceeds *pro se* and *in forma pauperis*. On February 3, 2026, the New York City Department of Correction (DOC) declined to waive service of the summons and complaint for former DOC employees Julio Colon and Alexander Townes. (ECF 27.)

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). The New York City Law Department, in its response to the Court's August 28, 2025 *Valentin* order, did not provide residential addresses where Defendants Colon and Townes may be served. Accordingly, in order for the United States Marshals Service to effect personal service on Defendants Colon and Townes, the Court directs that the New York City Law Department provide addresses where Defendants Colon and Townes may be served. The New York City Law Department must provide this information to the Court within 30 days of the date of this order.

Once the Court has received this information, the Court will issue an order directing the United States Marshals Service to effect service of the summons and complaint on Defendants Colon and Townes.[1]

**CONCLUSION**

The Clerk of Court is directed to electronically notify the New York City DOC and the New York City Law Department of this order. The Court requests that the New York City Law Department respond to the *Valentin* order as directed.

SO ORDERED.

Dated:    February 10, 2026
          New York, New York

ARUN SUBRAMANIAN
United States District Judge

---

[1] A waiver of service form is available on the court's website: https://www.uscourts.gov/sites/default/files/ao399.pdf. If Defendants Colon and Townes waive service of summons and complaint, they need not provide residential addresses to the Court.