UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jagger Freeman,<br><br>                              Plaintiff,<br><br>           -against-<br><br> Captain Bunch et al.,<br><br>                              Defendants. | |

25-CV-450 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court construes Freeman's letter dated February 12, 2026, as requesting leave to amend his complaint once defendants turn over evidence in their possession. To the extent that any evidence he receives leads to the need for an amended complaint, Freeman should seek leave to amend at that time. Once he has the evidence in hand, he should cite it in his request to the Court, along with any other arguments that he has as to why the Court should allow him to amend his complaint, and the Court will consider it at that time. Should Freeman believe defendants are wrongfully withholding any evidence, he may file a motion to compel with the Court.

To avoid future docketing delays, Freeman should not address any further letters to the Judge. Instead, any letters should be addressed as follows:

Daniel Patrick Moynihan Courthouse
Pro Se Intake Unit
500 Pearl Street, Room 205
New York, NY 10007

Any letter should still include the case caption (Freeman v. Captain Bunch, et al.) and the case number (25 Civ. 450). By sending the letter to the Pro Se Intake Unit rather than addressing them to the Judge, it will significantly reduce delays in the Court receiving the letter and being able to respond to it.

SO ORDERED.

Dated: March 24, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge