UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAGGER FREEMAN,

Plaintiff,

-against-

CAPTAIN BUNCH, JULIO COLON, COMMISSIONER MAGINLEY LIDDIE, ALEXANDER TOWNES, GEORGE TURNER, SEAN MEDINA, ERASMO ALMANZAR, et. al.,

Defendant(s).

25-CV-450 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Erasmo Almanzar waive service of summons.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge